UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO.  8:10-cr-118-T-17AEP

JOHN M. KANDIS

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE is before the Court on the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7), 18 U.S.C. § 2253(a), and Federal Rule of Criminal Procedure 32.2(c)(2), for the following equipment:

a. One Eee PC Laptop, Model 1005HA-PU1X, Serial Number: 960AAS373882;

b. One Playstation 3, Serial Number: CG156495699-CECH-2001A;

c. One SanDisk Sansa Media Player, Model Fuze, Serial Number: BI0812BJSK; and

d. One 1GB Micro SD Card, containing images of child pornography (a/k/a "16B Micro SD Card").

Having been fully advised in the premises, the Court finds as follows:

1. On December 13, 2010, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all of Kandis' interest in the equipment. (Doc. 39).

2. On December 21, 2010, Kandis was sentenced, and the equipment was found subject to forfeiture and included in the Judgment. (Docs. 46, 49).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the

United States published notice of the forfeiture, and of its intent to dispose of the equipment, on the official government website, www.forfeiture.gov, from December 15, 2010 through January 13, 2011. (Doc. 50). The publication gave notice to all third parties with a legal interest in the equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4.     No person or entity other than Kandis (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture), is known to have an interest in the equipment. No third party has filed a petition or claimed an interest in the equipment, and the time for filing such petition has expired. Thus, any third-party interest in the equipment is now barred.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the United States' motion is **GRANTED**. It is FURTHER ORDERED that all right, title, and interest in the equipment is CONDEMNED and FORFEITED to the United States of America under the provisions of 21 U.S.C. § 853(n)(7), 18 U.S.C. § 2253(a), and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the equipment is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this \_\_3RD\_\_ day of \_\_MARCH\_\_, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: Attorneys of Record